1

2

3

4

5

6

7

8            IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JERRY BECHHOLD,

11            Plaintiff,            No. CIV S-09-1298 JAM KJM PS

12      vs.

13   PLACER COUNTY, et al.,

14            Defendants.          <u>FINDINGS AND RECOMMENDATIONS</u>

15   _____/

16            A status conference was held in this matter on September 30, 2009 before the

17   undersigned.  No appearance was made for any party.  By order filed May 11, 2009, plaintiff was

18   directed to file a status report seven days prior to the status conference hearing, appear at the

19   status conference, and complete service of process on all defendants within 120 days.  Plaintiff

20   failed to file a status report, failed to appear at the hearing, and failed to timely serve the federal

21   defendant with summons.  Plaintiff has failed to comply with the court's order and has not timely

22   prosecuted this action.

23            Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed.

24   DATED: October 1, 2009.

25                                        _____

26   006 bechhold.dlop                    U.S. MAGISTRATE JUDGE