IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JERRY BECHHOLD,

    Plaintiff,                   No. CIV S-09-1298 JAM KJM PS

    vs.

PLACER COUNTY, et al.,

    Defendants.              ORDER

_____/

    This court previously recommended that this action be dismissed for lack of prosecution. Plaintiff requests reconsideration of that recommendation. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Plaintiff's motions for reconsideration (docket nos. 10, 12) are granted.

    2. The findings and recommendations (docket no. 8) are vacated.

DATED: October 29, 2009.

U.S. MAGISTRATE JUDGE

006
bechhold.vac

1